(December 2, 1952.)

∎

In the Matter of the Arbitration between Trustees of Columbia University in the City of New York, Respondents, and Thomas Phillips, as President of Local Union No. 241, Transport Workers Union of America, C. I. O., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present— Peck, P. J., Dore, Cohn and Callahan, JJ. [See post, p. 814.]

∎

Rhoda Sami, Appellant, v. Albert Sami, Respondent.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

∎

Anna Larkin, Respondent-Appellant, v. A. J. Courtmel Company, Inc., Respondent, and Adolph Baum, Trading under the Name of Baum Electric Co., Appellant.— Judgment unanimously affirmed, with costs to the plaintiff-respondent Anna Larkin against the defendant-appellant Adolph Baum, etc., and with costs to the defendant-respondent A. J. Courtmel Company, Inc., against the plaintiff-appellant Anna Larkin. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

∎

The People of the State of New York, Respondent, v. Joseph Henry Noble Jones, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

∎

The People of the State of New York, Respondent, v. Max Wittlin and Max Jonath, Appellants.— Judgment reversed, the fines remitted and the information dismissed upon the ground that the guilt of the defendants was not established beyond a reasonable doubt. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to affirm.